# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTT REISER,**
            **Plaintiff,**

**-vs-**                                            **Case No. 6:06-cv-795-Orl-19KRS**

**WACHOVIA CORPORATION d/b/a**
**WACHOVIA BANK, N.A.,**
            **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR DEFAULT JUDGMENT (Doc. No. 14)**
>
> **FILED:** **December 4, 2006**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff Scott Reiser is not entitled to the entry of a default judgment merely because a default has been entered against the defendant. *Nishimatsu Const. Co., Ltd. v. Houston Nat. Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975). Rather, he must establish that the factual allegations in the complaint are sufficient, under governing law, to establish that the defendant is liable for the alleged violations. "The defendant is not held to admit facts that are not well-pleaded or to admit conclusions of law." *Id.* at 1206.

To satisfy this burden, Reiser must support the motion for entry of a default judgment with a legal memorandum containing supporting authority that the facts

pleaded in the complaint (but not the conclusions of law contained therein) are sufficient to establish each element of each claim against the defendant. *See, e.g.*, *Brewer-Giorgio v. Bergman*, 985 F. Supp. 1478, 1481 (N.D. Ga. 1997). If liability is established, Reiser should also submit evidence in support of his claim for damages, with supporting legal authority. *See Miller v. Paradise of Port Richey, Inc.*, 75 F. Supp. 2d 1342, 1346 (M.D. Fla 1999) (holding that by failing to appear and answer the complaint, a defendant does not admit that any damages are owed to the plaintiff). Reiser is advised that his own unsworn statements of facts are insufficient, and that he must provide sworn statements establishing the damages he suffered, with supporting documents as necessary.

The deadline for submission of a renewed motion is January 19, 2007.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties